AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

| Print Name | Bar Number |

Address

| City | State | Zip Code |

| Phone Number | Fax Number |

1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Evaristo Lozano-Gutierrez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE RUBEN B. BROOKS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ1817 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| EVARISTO LOZANO-GUTIERREZ, | |
| Defendant. | |

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    June 23, 2008          /s/ Elizabeth M. Barros
                                  **ELIZABETH M. BARROS**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Evaristo Lozano-Gutierrez