

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. <u>08CR2291-H</u> |
| Plaintiff, | ) ) | **I N F O R M A T I O N** |
| v. | ) ) | **(Superseding)** Title 8, U.S.C., Sec. 1326(a) |
| EVARISTO LOZANO-GUTIERREZ, | ) ) | and (b) - Deported Alien Found in the United States (Felony) |
| Defendant. | ) ) | |

The United States Attorney charges:

On or about June 10, 2008, within the Southern District of California, defendant EVARISTO LOZANO-GUTIERREZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: Aug 21, 2008.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney

FAS:mg:San Diego
8/13/08