AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| EVARISTO LOZANO-GUTIERREZ | CASE NUMBER: 08CR2291-H |

I, EVARISTO LOZANO-GUTIERREZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 8/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Lozano_
Defendant

_[signature]_
Counsel for Defendant

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Before _[signature]_
Judicial Officer